IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURE CASH NETWORK, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-1561 |
| | § |
| WASHINGTON FEDERAL, INC. | § |
| *dba* WASHINGTON FEDERAL | § |
| SAVINGS BANK, | § |
| | § |
| Defendant. | § |

## ORDER

The defendant has filed a dispositive motion and the plaintiff has filed an opposed motion for leave to amend the complaint. The court would like to hear oral argument on the dispositive motion. The joint pretrial order deadline is cancelled. The docket call setting for September 24, 2010 will be held as scheduled but will be used for oral argument.

SIGNED on September 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge